JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NED FLORES, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br><br>ACCESS INSURANCE COMPANY,<br>        Defendant. | Case No. 2:15-cv-02883-CAS-AGR<br><br>~~(PROPOSED)~~ ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 21ST day of August, 2017

_Christina A. Snyder_
___
The Honorable Christina A. Snyder